1  Marian Zapata-Rossa (#025846)
   Caitlin E. White (#037328)
2  Delilah R. Cassidy (#037407)
   SNELL & WILMER L.L.P.
3  1 E. Washington St., Suite 2700
   Phoenix, Arizona 85004
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: mzapata-rossa@swlaw.com
           cewhite@swlaw.com
6          dcassidy@swlaw.com

7  *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tiffany Smith,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>McDonald's Restaurants of Arizona, Inc.,<br><br>　　　　　Defendant. | No. 2:23-cv-00735-MTL<br><br>**STIPULATION TO DISMISS ACTION AND ALL CLAIMS WITH PREJUDICE** |
|---|---|

Plaintiff Tiffany Smith ("Plaintiff") and Defendant McDonald's Restaurants of Arizona, Inc. ("McDonald's") (together, the "Parties"), through undersigned counsel, hereby submit this Stipulation to Dismiss Action and All Claims with Prejudice. The Parties reached a mutual agreement to resolve all claims asserted by Plaintiff against McDonald's set forth in Plaintiff's Second Amended Complaint. (Doc. 12) Therefore, the Parties agree and respectfully request that the Court dismiss this action and all claims against McDonald's with prejudice without an award of fees or costs to either Party.

/ / /

/ / /

DATED this 17th day of December, 2024.

CARDEN LIVESAY LTD

By: /s/ *Joshua W. Carden (with permission)*
Joshua W. Carden (#021698)
419 E. Juanita Ave., Suite 103
Mesa, Arizona 85204

*Attorney for Plaintiff*

SNELL & WILMER L.L.P.

By: /s/ *Delilah R. Cassidy*
Marian Zapata-Rossa
Caitlin E. White
Delilah R. Cassidy
1. E. Washington St., Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant*

4898-0854-9123