1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  Tiffany Smith, | No. CV-23-00735-PHX-MTL |
| 10           Plaintiff, | **ORDER** |
| 11  v. | |
| 12  McDonalds Restaurants of Arizona Incorporated, | |
| 13 | |
| 14           Defendant. | |

15     The Court has reviewed the parties' stipulation to dismiss action and all claims with

16  prejudice (Doc. 49), and good cause appearing,

17     **IT IS ORDERED** that the stipulation (Doc. 49) is granted, and that Plaintiff Tiffany

18  Smith's claims against Defendant McDonald's Restaurants of Arizona, Inc., are dismissed

19  with prejudice, each party to bear their own costs and attorneys' fees.

20     **IT IS FURTHER ORDERED** directing the Clerk of Court to enter a judgment of

21  dismissal and close this case.

22     Dated this 19th day of December, 2024.

23
24
25     Michael T. Liburdi
26     United States District Judge
27
28